# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**IN RE: Fabricius Alves Vieira,**
**Debtor**

**CASE NO: 18-29593**
**CHAPTER 13**

**JUDGE: ROSEMARY GAMBARDELLA**

## OBJECTING PROOF OF CLAIM

1. The debtor filed a Chapter 13 case on October 2, 2018.

2. On November 26, 2018 Federal Home Loan Mortgage Corporation Nationstar Mortgage LLC DBA Mr. Cooper filed a proof of claim that had an arrearage amount of $2, 237.69.

3. On July 18, 2019 the debtor contacted the lender and the amount of the arrears was regarding the escrow account and the amount had increased to $3, 025.76.

4. On July 25, 2019 a payment was made in the amount of $3, 025.76. Documentation in support is attached hereto.

July 31, 2019

_____
Fabricius Alves Vieira

## Transactions Inquiry

**Bank:** 0317 Santander  **Branch:** 2218 East ferr

**Posted Transactions**  **Memo Transactions**

**Search Criteria** - Click on the icon to show the search options

**Posted Transactions**

**Holder:** FABRICIUS A VIEIRA  **Currency:** USD
**Product Type:** Banking

| Transaction Date | Amount | Balance | |
|---|---|---|---|
| 07/30/2019 | USD -2,080.00 | USD 837.13 | NATIONSTAR MORTG ONLINE PMT190730 |
| 07/30/2019 | USD -261.00 | USD 2,917.13 | CABLEVISION ONLINE PMT190730 |
| 07/30/2019 | USD -78.12 | USD 3,178.13 | CITYNEWARKNJWTR ONLINE PMT190730 |
| 07/29/2019 | USD +500.00 | USD 3,256.25 | BRANCH TRANSACTION AT EAST FERRY - CASH DEPOS |
| 07/29/2019 | USD +1,816.86 | USD 2,756.25 | BRANCH MIXED DEPOSIT AT EAST FERRY |
| 07/25/2019 | USD -3,025.76 | USD 939.39 | Nationstar dba Mr Cooper 190725 |
| 07/22/2019 | USD -3.00 | USD 3,965.15 | PAPER STATEMENT FEE FOR STATEMENT DATE 07-22- |
| 07/22/2019 | USD -225.40 | USD 3,968.15 | PSE&G ONLINE PMT190722 |
| 07/22/2019 | USD -50.00 | USD 4,193.55 | NEW JERSEY E-ZP 888-288-6865 /NJ US CARD PURCH |
| 07/19/2019 | USD +458.87 | USD 4,243.55 | BRANCH TRANSACTION AT EAST FERRY - CHECK DEPC |

Next 10 >>    Print    Del

Mini Statement